UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Patti Darby

    Plaintiff,

vs.                                              CIVIL ACTION NO. 4:13-cv-00304
                                                       Judge Kenneth M. Hoyt

Home Depot USA, Inc.

    Defendant.

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED and ENTERED The 10th of October, 2013.

_____
Kenneth M. Hoyt
United States District Judge